No. 85–2046. HORWITZ v. STATE BOARD OF MEDICAL EXAMINERS OF COLORADO ET AL. Appeal from Ct. App. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–2074. BRACY v. LABOR AND INDUSTRY REVIEW COMMISSION. Appeal from Ct. App. Wis. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–2083. JUDGE v. VIRGINIA ET AL. Appeal from Cir. Ct. Accomack County, Va., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–2129. BERGEN v. MARTINDALE-HUBBELL, INC. Appeal from Ct. App. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6844. PULLEY v. SCOTT ET AL. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–7142. STARADUMSKY v. TOMLINSON TRANSPORTATION, INC., ET AL. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–35. POLYAK v. HULEN ET AL. (two cases). Appeals from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied.

No. 86–109. DELUCCHI ET UX. v. COUNTY OF SANTA CRUZ ET AL. Appeal from Ct. App. Cal., 6th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.